111 A.3d 746

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Michael Ryan BUDKA, Appellee.**

Supreme Court of Pennsylvania.

Submitted Dec. 5, 2014.

Decided March 25, 2015.

Thomas L. Kearney, III, Esq., Stephanie Elizabeth Lombardo, Esq., York County District Attorney's Office, for Commonwealth of Pennsylvania.

John Morgan Hamme, Esq., for Michael Ryan Budka.

***ORDER***

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**